# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ALLEN SMITH

    Defendant.

CR NO: 2:15-CR-00045 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: David Allen Smith

Detained at: Sacramento County Main Jail

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: POSSESSION WITH INTENT TO DISTRIBUTE
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWIH in the Eastern District of California.*

Signature: /s/ Justin L. Lee

Printed Name & Phone No: JUSTIN L. LEE  (916) 554-2800

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/6/15

Honorable Allison Claire
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: 09861351
Facility Address: 651 I Street, Sacramento, CA 95814
Facility Phone: (916) 874-6752
Currently

☒ Male    ☐ Female
DOB: 11/23/1947
Race:
FBI#:

### RETURN OF SERVICE

Executed on: _____

(signature)