BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>Defendant. | CASE NO. 2:15-CR-00045-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 16, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status of Counsel Hearing and Bail Review on March 16, 2015.

2. By this stipulation, defendant now moves to continue the Status of Counsel Hearing and Bail Review until March 20, 2015, and to exclude time between March 16, 2015, and March 20, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States provided discovery to defense counsel in this matter on March 6, 2015, including a 106 pages of paper documents and several audio

recordings and photographs.

   b) Counsel for the defendant needs additional time to determine the status of representation for the defendant.  Additionally, counsel for defendant desires additional time to consult with her client, review the produced discovery, investigate the charges in this case, research and review issues related to the defendant's criminal history, and otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The United States does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2015 to March 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 11, 2015          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ JUSTIN L. LEE
                               JUSTIN L. LEE
                               Assistant U.S. Attorney


Dated: March 11, 2015          /s/ LINDA PARISI
                               LINDA PARISI
                               Counsel for Defendant
                               DAVID ALLEN SMITH


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE