UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-CR-00045-KJM-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DAVID ALLEN SMITH, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID ALLEN SMITH , Case No.  2:15-CR-00045-KJM-1 , Charge  21USC § 841(a)(1), 18USC § 922(g)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

To be released **5/5/2015 @ 9:00 a.m.** to the Pretrial Services Officer

Issued at  Sacramento, CA  on  May 4, 2015  at  2:47 pm .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court