LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>Defendant. | CASE NO. 2:15-cr-00045- GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME** |

Defendant David Smith, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Justin Lee, hereby stipulate as follows:

1. This matter is set for status on March 4, 2016.

2. By this stipulation, the defendants now moves to continue the status conference until May 13, 2016, at 9:00 a.m. and to exclude time between March 4, 2016 and May 13, 2016 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defendant David Smith is actively participating in Better Choices and doing very well. His successful participation in Better Choices will have a significant impact on resolution.

b. Defense counsel is engaged in ongoing investigations and needs additional time to complete and provide to the United States attorney.

c. The United States has represented that the discovery associated with this case includes investigative reports and related documents.

d. Counsel for Mr. Smith need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

d. Counsel for defendants Mr. Smith believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The United States Attorney agrees to the continuance.

f. All counsel agrees to the continuance.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of March 4, 2016 and May 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

//

//

//

//

IT IS SO STIPULATED.

Dated: March 2, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Linda M. Parisi by e-mail authorization

JUSTIN LEE
Assistant U.S. Attorney
For the United States

Dated: March 2, 2016

LAW OFFICES OF WING & PARISI

By: /s/ Linda M. Parisi

LINDA PARISI, Esq.
For the Defendant David Smith

LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID ALLEN SMITH,

Defendant.

CASE NO. 2:15-cr-00045- GEB

**ORDER**

Based on the reasons set forth in the amended stipulation of the parties filed on March 3, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for March 4, 2016, be vacated and that a status conference be set for May 13, 2016, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the

//

//

//

Speedy Trial Act is excluded during the time period of March 4, 2016 and May 13, 2016, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: March 3, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge