LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>　　　　　　　　Defendant. | CASE NO.  2:15-cr-00045- GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME** |

　　　　Defendant David Smith, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Justin Lee, hereby stipulate as follows:

　　　　1.　　This matter is set for status on May 13, 2016.

　　　　2.　　By this stipulation, the defendants now moves to continue the status conference until July 29, 2016, at 9:00 a.m. and to exclude time between May 13, 2016 and July 29, 2016 under Local Code T4.  The United States does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a.　　Defendant David Smith is actively participating in Better Choices and doing very well. His successful participation in Better Choices will have a significant impact on resolution.

　　　　b.　　Defense counsel is engaged in ongoing investigations and needs additional time to complete and provide to the United States attorney.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

1
2
     c.     The United States has represented that the discovery associated with this case includes investigative reports and related documents.

3
4
     d.     Counsel for Mr. Smith need additional time to consult, to review discovery, and to discuss potential resolutions, including setting the matter for trial.

5
6
7
     d.     Counsel for defendants Mr. Smith believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8      e.     The United States Attorney agrees to the continuance.

9      f.     All counsel agrees to the continuance.

10
11
12
13
14
15
     g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of May 13, 2016 and July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

16
17
18
     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

19

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1  IT IS SO STIPULATED.

3  Dated: May 12, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

5                                    By:  /s/ Linda M. Parisi by e-mail authorization

6                                         JUSTIN LEE
                                          Assistant U.S. Attorney
7                                         For the United States

9  Dated: May 12, 2016                    LAW OFFICES OF WING & PARISI

10                                   By:  /s/ Linda M. Parisi

12                                        LINDA PARISI, Esq.
                                          For the Defendant David Smith

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

3

LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>                          Defendant. | CASE NO.  2:15-cr-00045- GEB<br><br>**ORDER** |

Based on the reasons set forth in the amended stipulation of the parties filed on May 12, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for May 13, 2016, be vacated and that a status conference be set for July 29, 2016, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the

//

//

//

4

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

Speedy Trial Act is excluded during the time period of May 13, 2016 and July 29, 2016, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: May 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge