PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00045-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DAVID ALLEN SMITH, | DATE: September 23, 2016 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Hearing on September 23, 2016.

2. By this stipulation, the parties jointly move to set this matter for a Status Hearing/Change of Plea Hearing on October 21, 2016, and to exclude time between September 23, 2016, and October 21, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States provided discovery to defense counsel in this matter on March 6, 2015, including a 106 pages of paper documents and several audio

recordings and photographs.

      b)      Counsel for defendant desires additional time to consult with her client, review the produced discovery, investigate the charges in this case, research and review issues related to the defendant's criminal history, and otherwise prepare for trial. Additionally, counsel for the defendant desires additional time to review the current plea offer from the United States and to discuss the offer with her client to determine the appropriate course of action for the defendant.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Indeed, counsel for the defendant is currently engaged in an unrelated state court trial that has required a substantial investment of time.

      d)      The United States does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2016 to October 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 21, 2016        PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant U.S. Attorney

Dated:  September 21, 2016        /s/ LINDA PARISI
                                  LINDA PARISI
                                  Counsel for Defendant
                                  DAVID ALLEN SMITH

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  September 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge