**FILED**
November 4, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>              Plaintiff,                   )<br>v.                                                  )<br>                                                        )<br>DAVID ALLEN SMITH,                )<br>                                                        )<br>              Defendant.              ) | Case No. 2:15CR00045-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAVID ALLEN SMITH__ , Case No. __2:15CR00045-GEB__ , Charge __Pretrial Release Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

  __  Unsecured Appearance Bond $_____

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

  ✔  (Other)        __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 4, 2016__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
     Allison Claire
     United States Magistrate Judge

Copy 2 - Court