```
LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com
```

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>      Defendant. | CASE NO.  2:15-cr-00045- GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME** |

  Defendant David Smith, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Assistant United States Attorney Justin Lee, hereby stipulate as follows:

  1. This matter is set for status on December 9, 2016.

  2. By this stipulation, the defendants now moves to continue the status conference until December 16, 2016, at 9:00 a.m. and to exclude time between December 9, 2016 and December 16, 2016 under Local Code T4.  The United States does not oppose this request.

  3. The parties agree and stipulate, and request that the Court find the following:

  a. Counsel for Mr. Smith need to postpone one week due to Ms. Linda M. Parisi attending a funeral.

  b. The United States Attorney agrees to the continuance.

  c. All counsel agrees to the continuance.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of December 9, 2016 and December 16, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 7, 2016         BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ Linda M. Parisi by e-mail authorization
                                 _____
                                 JUSTIN LEE
                                 Assistant U.S. Attorney
                                 For the United States

Dated:  December 7, 2016         LAW OFFICES OF WING & PARISI

                          By:    /s/ Linda M. Parisi by e-mail authorization
                                 _____
                                 LINDA PARISI, Esq.
                                 For the Defendant David Smith

LINDA M. PARISI SBN#84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for David Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID ALLEN SMITH,<br><br>    Defendant. | CASE NO.  2:15-cr-00045- GEB<br><br>**ORDER** |
|---|---|

Based on the reasons set forth in the stipulation of the parties filed on December 7, 2016, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for December 9, 2016, be vacated and that a status conference be set for December 16, 2016, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the

//

//

//

3

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

Speedy Trial Act is excluded during the time period of December 9, 2016 and December 16, 2016, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated:  December 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

4