| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DAVID ALLEN SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00045-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | **AND EXCLUDE TIME** |
| | ) | |
| DAVID ALLEN SMITH, | ) | |
| | ) | Date: April 28, 2017 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for David Allen Smith, that the status conference scheduled for April 28, 2017 be vacated and be continued to June 30, 2017 at 9:00 a.m..

Defense counsel requires additional time to review records with Mr. Smith and pursue investigation. The parties agree that June 30, 2017 represents the best next date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 30, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and Order to Continue the Status Conference -1- *U.S. v. Smith*, 2:15-cr-00045-GEB

| | |
|---|---|
| 1 | based upon continuity of counsel and defense preparation. |
| 2 | Respectfully submitted, |
| 3 | HEATHER E. WILLIAMS<br>Federal Defender |

Date: April 19, 2017   */s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
DAVID ALLEN SMITH

Date: April 19, 2017   PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 30, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the April 28, 2017 status conference shall be continued until June 30, 2017, at 9:00 a.m. before Judge Garland E. Burrell, Jr.**

Dated: April 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge