HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID ALLEN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ALLEN SMITH, <br><br> Defendant. | Case No. 2:15-CR-00045-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER RE: PRETRIAL RELEASE FOR MEDICAL TREATMENT** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for David Allen Smith, that Mr. Smith be released from custody pursuant to 18 U.S.C. § 3142(b) until Tuesday, June 20, 2017. Pretrial Services is opposed to Mr. Smith's release from custody.

Mr. Smith is a long-time methamphetamine user who finally attained sobriety while on pretrial supervision for this case. He was sober for nearly two years before he relapsed in the fall of 2016. The Court released Mr. Smith and he did intensive counselling and was able to maintain sobriety again. Mr. Smith tested positive again for methamphetamine in May 2017. Mr. Smith admitted to relapsing and using methamphetamine one time and has since tested clean on two occasions. The Court revoked Mr. Smith's order of pretrial release and ordered Mr. Smith detained on June 7, 2017.

Stipulation and Order for Pretrial Release for Medical Treatment        -1-        *U.S. v. Smith*, 2:15-CR-00045-GEB

1   Mr. Smith is nearly seventy years old and he is in very poor health. Mr. Smith suffers from a number of chronic health conditions that require ongoing medical care, including atrial fibrillation ("AFib"). AFib is an irregular heartbeat that can lead to blood clots, stroke, or heart failure  Additionally, on June 7, 2017, Mr. Smith fell at the Sacramento County Jail and now requires the assistance of a walker to move.

Mr. Smith has three medical appointments at the VA Hospital in the next week. On June 16, 2017, at 1:30 p.m., Mr. Smith has a follow up appointment with a diabetic eye specialist regarding the pressure on the blood vessels in his eyes. Mr. Smith currently is at an elevated risk of ocular blood vessel bursting. On June 19, 2017, Mr. Smith has an appointment related to a currently scheduled colonoscopy to evaluate an on-going prostate problem that has resulted in blood in his urine. And Mr. Smith has a regularly scheduled appointment with a behavior health specialist related to Mr. Smith's on-going treatment for depression and addiction.

Given Mr. Smith's current injury that he sustained while incarcerated, his limited mobility, and Mr. Smith's currently scheduled medical treatment for chronic health conditions, the parties jointly request that Mr. Smith be temporarily released pursuant to 18 U.S.C. § 3142(b) to attend to his medical treatment. As Mr. Smith will be released for five days, the parties jointly agree that supervision by Pretrial Services is not necessary at this juncture.

The United States spoke with Pretrial Services regarding the proposed plan to release Mr. Smith from custody. Pretrial Services is opposed to Mr. Smith's release at this time without further assurances that Mr. Smith will abide by the terms and conditions of release and refrain from the unlawful use of controlled substances given his two prior pretrial release violations.

///
///
///
///
///
///

| | |
|---|---|
| 1 | The parties jointly request that the Court release Mr. Smith as soon as practical on Friday, |
| 2 | June 16, 2017, so that he may attend his medical appointment at 1:30 p.m.  Additionally, the |
| 3 | parties jointly request that the Court set this matter for a bail review hearing on Tuesday, June ~~16~~ |
| 4 | 20, 2017, at 11:00 a.m. in Courtroom No. 8. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*Date:* June 16, 2017                /s/ *Noa E. Oren*
                                      NOA E. OREN
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      DAVID ALLEN SMITH

Date: June 16, 2017                  PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ Justin Lee
                                      JUSTIN LEE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Stipulation and Order for Pretrial Release for Medical Treatment     -3-     *U.S. v. Smith*, 2:15-CR-00045-GEB

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically orders that David Allen Smith shall be temporarily released on his own recognizance pursuant to 18 U.S.C. § 3142(b).  As a condition of such release:

1. The defendant shall not commit any federal, state, or local crime during such period of release; and
2. The defendant shall attend all scheduled medical appointments.

IT IS FURTHER ORDERED that the parties shall appear for a bail review hearing on June 20, 2017, at 11:00 a.m. in Courtroom No. 8.  Defendant shall be personally present at the bail review hearing.

Dated: June 16, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and Order for Pretrial Release for Medical Treatment -4- *U.S. v. Smith*, 2:15-CR-00045-GEB