FILED
June 20, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00045-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| DAVID ALLEN SMITH, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAVID ALLEN SMITH, Case No. 2:15-cr-00045-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $

    ____ Co-signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as previously ordered and as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/20/2017 at 11:09 a.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge