| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DAVID ALLEN SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00045-GEB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| DAVID ALLEN SMITH, | ) | Date: June 30, 2017 |
| Defendant. | ) | Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for David Allen Smith, that the status conference scheduled for June 30, 2017 be vacated and be continued to July 28, 2017 at 9:00 a.m..

Defense counsel requires additional time to review records with Mr. Smith and pursue investigation. The parties agree that July 28, 2017 represents the best next date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 28, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and Order to Continue the Status Conference    -1-    *U.S. v. Smith*, 2:15-cr-00045-GEB

based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2017
*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
DAVID ALLEN SMITH

Date: June 27, 2017
PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 28, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the June 30, 2017 status conference shall be continued until July 28, 2017, at 9:00 a.m. before Judge Garland E. Burrell, Jr.**

Dated: June 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge