HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DAVID ALLEN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00045-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| DAVID ALLEN SMITH, | Date: July 28, 2017 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for David Allen Smith, that the status conference scheduled for July 28, 2017 be vacated and be continued to September 29, 2017 at 9:00 a.m..

Defense counsel requires additional time to review records with Mr. Smith and pursue investigation. The parties agree that September 29, 2017 represents the best next date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 29, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Code T4 based upon continuity of counsel and defense preparation.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: July 26, 2017                      */s/  Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        DAVID ALLEN SMITH

Date: July 26, 2017                      PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Justin Lee*
                                        JUSTIN LEE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 29, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the July 28, 2017 status conference shall be continued until September 29, 2017, at 9:00 a.m. before Judge Garland E. Burrell, Jr.**

Dated:  July 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge